```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street, Room 3654
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA B. ORTEGON,         ) | 1:03-cv-06346 TAG |
| )                           | |
| Plaintiff,    ) | STIPULATION AND ORDER |
| )                           | AWARDING EAJA ATTORNEY FEES |
| v.            ) | |
| )                           | |
| JO ANNE B. BARNHART,        ) | |
| Commissioner of Social      ) | |
| Security,                   ) | |
| )                           | |
| Defendant.    ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS AND NO CENTS $4,900.00.  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute

1

an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

```
                                    Respectfully submitted,

Dated: July 26, 2005                /s/ Stuart Barasch
                                     (As authorized via facsimile)
                                    STUART BARASCH
                                    Attorney for Plaintiff


Dated: July 26, 2005                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   August 1, 2005**                           **/s/ Theresa A. Goldner**
j6eb3d                                         UNITED STATES MAGISTRATE JUDGE

2